SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET (Hereinafter Referred to as " THE SWEDISH MATCH COMPANY ") and Others, Plaintiffs, v. BANKERS TRUST COMPANY OF NEW YORK and Another, Respondents, Impleaded with FREDERICK W. ALLEN and Others, Defendants, and IRVING TRUST COMPANY, as Trustee in Bankruptcy of INTERNATIONAL MATCH CORPORATION, Bankrupt, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to defendant, appellant, to answer the pleadings within twenty days

from service of order upon payment of said costs and the costs awarded by the order appealed from. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.; Untermyer, J., takes no part.